## STATEMENT OF FACTS

On Tuesday, September 24, 2019 at approximately 9:42 p.m., Officer Payne and Officer Sinacore of the United States Park Police (USPP) were on patrol in the area of 35th Street and B Street Southeast in Washington, D.C.  Officers observed a silver Dodge Neon vehicle bearing Virginia license plates URJ3046 traveling southbound on 35th Street Southeast.  Officers observed the vehicle fail to come to a full stop at the stop sign at Croffut Place Southeast and 35th Street Southeast. Officers then observed the vehicle fail to come to a full stop at the stop sign at Minnesota Avenue Southeast and Croffut Place Southeast. The officers conducted a traffic stop for the violations in the 3300 block of Minnesota Avenue Southeast in Washington, D.C.

Officers approached the vehicle and made contact with the occupants.  The vehicle was occupied by the driver in the driver's seat and an individual later identified as Deangelo Evans (Defendant Evans) in the front passenger seat.  Upon contact with the driver, the driver admitted to Officer Payne that she did not have a valid license.  She provided officers with a D.C.  Identification card. Officer Payne had the driver exit the vehicle to discuss her license status. While at the rear of the vehicle, the driver gave Officer Payne verbal consent to search the vehicle. Officer Sinacore then requested that Defendant Evans exit the vehicle.

As Defendant Evans exited the vehicle, Officers Payne and Sinacore observed a large bulge above the belt line of Defendant Evans's pants.  Officer Payne could also see an unknown object poking through Defendant Evans's pant leg below his groin area.  Officers attempted to do a protective pat-down because they believed Defendant Evans may be armed.  Defendant Evans said "you can't touch me" and attempted to conceal the bulge by bending over at the waist. The officers had Defendant Evans sit on the sidewalk and called for backup officers.  Four additional backup officers arrived.  Defendant Evans stood up from the sidewalk and all of the officers observed a bulge above Defendant Evans's waistband. Officer Payne again attempted to do a pat down of Defendant Evans and Defendant Evans bent over at the waist and fell to the ground. The pat down was completed and a firearm was recovered from Defendant Evans's waistband. Defendant Evans was placed under arrest.

The firearm recovered was determined to be a black in color Keltec P-11 .9 millimeter semi-automatic handgun with an obliterated serial number. The firearm was loaded with twenty-six (26) hollow point rounds in a thirty (30) capacity magazine and no rounds in the chamber.

A criminal history check of Defendant Evans through the National Crime Information Center confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia for Attempted Robbery, docket number 2016 CF3 16065, Unlawful Possession of a Firearm, docket number 2014 CF3 12474, and Assault with Intent to Kill, docket number 2009 CF3 3522. All of these crimes are punishable by more than one year in the District of Columbia.  There are no firearms manufactured in the District of Columbia.

_____
OFFICER ANDREW KENESS BADGE #685
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF SEPTEMBER, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE